UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| REGINA HICKMAN, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:10-cv-294 |
| NCO FINANCIAL SYSTEMS, INC., | ) Judge Mattice |
|     *Defendant*. | ) |

### ORDER

Presently before the Court is Plaintiff's Motion for Continuance to Extend Time to Serve Defendant [Court Doc. 3], filed on March 31, 3011. This motion responds to the Court's March 2, 2011 Order directing Plaintiff to show good cause as to why she failed to serve Defendant within 120 days of filing the Complaint, as required by Federal Rule of Civil Procedure 4(m). Plaintiff offers, as good cause, only that "the Notice of Lawsuit and Waiver of Service has not been served upon the Defendant due to error on the part of Senior Litigation Paralegal, Belinda R. Davis."

Plaintiff is **ORDERED** to file on or before **May 20, 2011**, either an affidavit proving service according to Fed. R. Civ. P. 4(l) or a copy of the completed waiver of service in accordance with Fed. R. Civ. P. 4(d)(4). Plaintiff is again put **ON NOTICE** that if she does not timely file either of the enumerated documents, her complaint may be dismissed pursuant Fed. R. Civ. P. 4(m) or Fed. R. Civ. P. 41(b) for failure to prosecute her claim.

**SO ORDERED** this 4th day of April, 2011.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE