UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| REGINA HICKMAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:10-cv-294 |
| v. | ) | |
| | ) | Judge Mattice |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT

This case came before the Court *sua sponte*. The Honorable Harry S. Mattice, Jr.,

United States District Judge, having rendered a decision,

It is **ORDERED and ADJUDGED**

that Plaintiff Regina Hickman take nothing, and that the action be

**DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 26th day of May, 2011.


                    */s/ Patricia L. McNutt*
                     PATRICIA L. McNUTT
                     CLERK OF COURT